No. 4711.—Rosales et al., apldos., v. Cartagena et al., apltes.— C. D. San Juan. Nov. 16, 1928. Vista la moción que antecede sobre desestimación de la presente apelación, fundada en que la sentencia dictada a favor de los demandantes y en contra de los demandados no es apelable por haber sido consentida y solicitada por el apelante, uno de dichos demandantes, y apareciendo que el alegato de dicho apelante fué notificado al abogado de los apelados el día 16 de octubre próximo pasado, y que la cuestión ahora suscitada está envuelta como uno

de los fundamentos principales en los cuales descansa el apelante para pedir la revocación de dicha sentencia apelada, la corte, en el ejercicio de su discreción, resuelve no haber lugar a la desestimación solicitada.